UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PERRY DRUG STORES,**

        **Plaintiff,**                      **Case No. 98-CV-71782**
                                                **Honorable John Feikens**

v.

**CSK AUTO CORPORATION;**
**NP HOLDING, INC. (NP), et al,**

        **Defendants.**
_____/

### ORDER ADOPTING SPECIAL MASTER'S
### RECOMMENDED DECISION REGARDING
### <u>POST-JUDGMENT DISCOVERY</u>

       Before me is the Special Master's Recommended Decision and Order Regarding Post-Judgment Discovery.

       On reading and following the Special Master's Recommendation, the Court approves of this decision and hereby orders that the recommended and proposed Order of the Special Master be and it is hereby adopted.

       **IT IS SO ORDERED.**

                                                    s/John Feikens
                                                    JOHN FEIKENS
                                                    United States District Judge

Dated: November 9, 2006

---

Proof of Service

I hereby certify that the foregoing order was served on the attorneys/parties of record on November 9, 2006 by U.S. first class mail or electronic means.

                                    s/Carol Cohron
                                    Case Manager